B. WASSERMAN CO. v. VAUDEVILLE COMEDY CLUB et al.

(Supreme Court, Appellate Term, First Department. October 17, 1916.)

EXECUTION ⬤➤417—SUPPLEMENTARY PROCEEDINGS—UNINTENTIONAL VIOLATION OF COURT ORDER—PUNISHMENT.

An accidental and unintentional violation of a court order for examination

nation of a debtor should not be visited with discipline, especially if the rights of the other party are in no way injured.

[Ed. Note.—For other cases, see Execution, Cent. Dig. §§ 1197–1200; Dec. Dig. ☞417.]

Appeal from City Court of New York, Special Term.

Action by the B. Wasserman Company against the Vaudeville Comedy Club and Gene Hughes. Judgment for plaintiff. From an order denying his motion to vacate order finding him guilty of contempt and imposing a fine, Hughes appeals. Reversed.

Argued October term, 1916, before GUY, BIJUR, and SHEARN, JJ.

Ruskay & Ruskay, of New York City (Cecil B. Ruskay, of New York City, of counsel), for appellant.

Goldfogle & Dorf, of New York City (Henry M. Goldfogle, of New York City, of counsel), for respondent.

PER CURIAM. There is complete absence of even an appearance of an intent to violate the judge's order. An accidental and unintentional violation should not be visited with discipline. The creditor's rights were in no respect injured and the examination of the debtor was duly completed.

The order appealed from was an abuse of discretion.

Order reversed, with $10 costs and disbursements.